IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARD RHODES,

    Petitioner,                    No. CIV S-08-3122 GGH P

    vs.

M.C. KRAMER, Warden,

    Respondent.                ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 9, 2009, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's March 9, 2009, motion to dismiss should not be granted.

DATED:  June 2, 2009

                                                   /s/ Gregory G. Hollows
                                                   UNITED STATES MAGISTRATE JUDGE

GGH:035 - rhod3122.46