1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BERNARD RHODES,

11          Petitioner,                    No. CIV S-08-3122 GEB GGH P

12      vs.

13   M.C. KRAMER,

14          Respondent.              ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has timely[1] filed a notice of appeal

17   of this court's dismissal of his application for a writ of habeas corpus, filed on March 5, 2010.

18   Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C.

19   § 2253(c); Fed. R. App. P. 22(b).

20          A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22   § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues

23   satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

24   _____

25          [1] By application of the mailbox rule.  Pursuant to Houston v. Lack, 487 U.S. 266, 275-76,
     108 S. Ct. 2379, 2385 (1988)(pro se prisoner filing is dated from the date prisoner delivers it to
26   prison authorities).

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[2]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issue presented in the instant petition: whether petitioner is entitled to additional equitable tolling.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

Dated:  August 25, 2010


GARLAND E. BURRELL, JR.
United States District Judge

---

[2] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.